IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY CHISM,

    Petitioner,         No. CIV S-08-2260 EFB P

   vs.

KEN CLARK,

    Respondent.      ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 27, 2009, petitioner requested an extension of time to file and serve a response to respondent's March 2, 2009, motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's March 27, 2009, request is granted and petitioner has 30 days from the date this order is served to file and serve a response to respondent's March 2, 2009 motion to dismiss.

DATED: April 13, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE